**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                                                 Case Number **14–35872**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 10/2/14.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
AUSRA GONCARIKAITE
407 Ascot Lane
Oak Brook, IL 60523

| | |
|---|---|
| Case Number: 14–35872<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5161 |
| Attorney for Debtor(s) (name and address):<br>Nicholas C Kefalos<br>Vernor Moran LLC<br>27 North Wacker Drive Suite 2000<br>Chicago, IL 60606–2800<br>Telephone number: 312 264–4460 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number: 630–981–3888 |

## Meeting of Creditors:

Date: **November 5, 2014**                                        Time: **10:00 AM**

Location: **801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **2/3/15**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **3/31/15**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has not filed a plan as of this date. You will receive notice of the plan at a later date. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **12/5/14**, Time: **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134** .

**The Disclosure of Compensation has not been filed at this time.**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 1/5/15**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: October 3, 2014 |

**EXPLANATIONS**  B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 14-35872-DRC
AUSRA GONCARIKAITE                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dsirmons              Page 1 of 2              Date Rcvd: Oct 03, 2014
                              Form ID: b9i               Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2014.
```
db            +AUSRA GONCARIKAITE,    407 Ascot Lane,    Oak Brook, IL 60523-2551
tr            +Glenn B Stearns,    801 Warrenville Road,    Suite 650,    Lisle, IL 60532-4350
22474566      +ARM,    PO Box 129,    Thorofare, NJ 08086-0129
22474570      +BMO Harris Bank, NA,    111 W. Monroe St.,    Chicago, IL 60603-4095
22474567      +Bank of America,    CA6-919-02-41,    PO Box 5170,    Simi Valley, CA 93062-5170
22474569      +Blatt, Hasenmiller, Leibsker, Moore,    125 S. Wacker #400,    Chicago, IL 60606-4440
22474580      +DeWils Industries,    6307 NE 127th Ave,    Vancouver, WA 98682-5899
22474581      +Discover Bank,    502 E. Market St.,    Greenwood, DE 19950-9700
22474583       Edward Hines Lumber,    205 W Briarcliff Road,    Bolingbrook, IL 60440
22474584      +Fifth Third Bank,    Bankruptcy Dept., Maildrop RSCBe#,    1830 E. Paris Ave. SE,
                Grand Rapids, MI 49546-6253
22474585      +First Soruce,    205 Bryant Woods South,    Buffalo, NY 14228-3609
22474587      +GE Capital Bank,    6510 Milrock Drive, Suite 200,    Salt Lake City, UT 84121-5996
22474588      +Harris Bank,    Bankruptcy Dept. BRK-180-RC,    770 N. Water St.,    Milwaukee, WI 53202-0002
22474590       Illinois Dept of Revenue,    PO Box 64338,    Chicago, IL 60664-0338
22474594      +NCO Financial Systems, Inc.,    c/o CT Corporation System,    208 S LaSalle Ste 814,
                Chicago, IL 60604-1101
22474592       Nationwide Credit, Inc.,    2015 Vaughn Road NW, Ste. 400,    Kennesaw, GA 30144-7802
22474595      +Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
22474596       PNC Bank,    Attn: Bankruptcy,    PO Box 489909,    Charlotte, NC 28269-5329
22474597      +PNC Bank, NA,    222 Delaware Ave.,    Wilmington, DE 19801-1637
22474599      +Portfolio Recovery (Agent),    Illinois Corp. Service C,    801 Adlai Stevenson Drive,
                Springfield, IL 62703-4261
22474601      +Travelers,    18W100 22nd Ste 115,    Villa Park, IL 60181-4448
22474602      +Unifund CCR Partners,    c/o Blatt Hasenmiller,    125 S Wacker Drive, Ste. 400,
                Chicago, IL 60606-4440
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: nkefalos@vernormoran.com Oct 04 2014 00:45:16     Nicholas C Kefalos,
                Vernor Moran LLC,    27 North Wacker Drive Suite 2000,    Chicago, IL  60606-2800
ust           +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 04 2014 00:46:13     Patrick S Layng,
                Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                Chicago, IL 60604-2027
22474568      +EDI: BANKAMER2.COM Oct 04 2014 00:28:00     Bank of America, NA,    100 N. Tryon St.,
                Charlotte, NC 28202-4031
22474577       EDI: CITICORP.COM Oct 04 2014 00:28:00     Citi,    Attn: Centralized Bankruptcy,    PO Box 20363,
                Kansas City, MO 64195
22474571      +E-mail/Text: cms-bk@cms-collect.com Oct 04 2014 00:45:55     Capital Management Services,
                726 Exchange St, Suite 7000,    Buffalo, NY 14210-1485
22474572      +E-mail/Text: cms-bk@cms-collect.com Oct 04 2014 00:45:55     Capital Management Services,
                726 Exchange St, Suite 700,    Buffalo, NY 14210-1464
22474573      +EDI: CAPITALONE.COM Oct 04 2014 00:28:00     Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
22474574      +EDI: CAPITALONE.COM Oct 04 2014 00:28:00     Capital One Bank, USA, NA,    4851 Cox Road,
                Glen Allen, VA 23060-6293
22474575      +EDI: CHASE.COM Oct 04 2014 00:28:00     Chase,    PO Box 15298,    Wilmington, DE 19850-5298
22474576      +EDI: CHASE.COM Oct 04 2014 00:28:00     Chase Bank USA, NA,    201 N. Walnut St.,
                Wilmington, DE 19801-2920
22474578      +EDI: CITICORP.COM Oct 04 2014 00:28:00     Citibank, NA,    701 E. 60th St. North,
                Sioux Falls, SD 57104-0493
22474579      +EDI: CCS.COM Oct 04 2014 00:28:00     Credit Collection Services,    Two Wells Ave,
                Newton Center, MA 02459-3246
22474582       EDI: DISCOVER.COM Oct 04 2014 00:28:00     Discover Financial Services,    PO Box 15316,
                Wilmington, DE 19850
22474584      +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 04 2014 00:47:21     Fifth Third Bank,
                Bankruptcy Dept., Maildrop RSCBe#,    1830 E. Paris Ave. SE,    Grand Rapids, MI 49546-6253
22474589      +EDI: CITICORP.COM Oct 04 2014 00:28:00     Home Depot,    PO Box 6497,
                Sioux Falls, SD 57117-6497
22474591      +EDI: TSYS2.COM Oct 04 2014 00:28:00     Macys,    PO Box 689195,    Des Moines, IA 50368-9195
22474593      +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 04 2014 00:46:41     NCO Financial Systems,
                507 Prudential Road,    Horsham, PA 19044-2368
22474598       EDI: PRA.COM Oct 04 2014 00:38:00     Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                Norfolk, VA 23541
22474600       EDI: PRA.COM Oct 04 2014 00:38:00     Portfolio Recovery (Corp),    120 Corporate Blvd,
                Norfolk, VA 23502-4962
22474603      +E-mail/Text: BKRMailOps@weltman.com Oct 04 2014 00:46:29     Weltman Weinberg & Reis,
                180 N. LaSalle, Ste 240,    Chicago, IL 60601-2704
                                                                                              TOTAL: 20
```

```
District/off: 0752-1          User: dsirmons              Page 2 of 2              Date Rcvd: Oct 03, 2014
                              Form ID: b9i                Total Noticed: 41

           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22474586        FMS,    PO Box 707601
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2014 at the address(es) listed below:
              Glenn B Stearns    mcguckin_m@lisle13.com
              Nicholas C Kefalos    on behalf of Debtor AUSRA  GONCARIKAITE nkefalos@vernormoran.com,
               G4641@notify.cincompass.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```